*Friday, March 23, 2001*

## MOTION DOCKET

01–171. **State ex rel. Reder v. Pub. Emp. Retirement Sys. of Ohio.**
Franklin App. No. 00AP–447. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to extend the briefing schedule pursuant to S.Ct.Prac.R. XIV(6)(C),
IT IS ORDERED by the court that the motion is granted and the time for filing appellant's brief is extended to May 23, 2001.

*Tuesday, March 27, 2001*

## MOTION DOCKET

01–253. **State v. Bryan.**
Cuyahoga C.P. No. CR393660. This cause is pending before the court as a death penalty appeal from the Court of Common Pleas of Cuyahoga County. Upon consideration of appellant's motion for stay of execution,
IT IS ORDERED by the court that the motion for stay of execution be, and hereby is, granted, pending disposition of this appeal.

## DISCIPLINARY DOCKET

00–2341. **Disciplinary Counsel v. Furth.**
This matter is pending before the court and is scheduled for oral argument on April 3, 2001. On February 28, 2001, relator, Disciplinary Counsel, filed a motion to correct the record. Upon consideration thereof,
IT IS HEREBY ORDERED that the motion be, and hereby is, granted.

## MISCELLANEOUS DISMISSALS

01–509. **State ex rel. Wical v. Indus. Comm.**
Franklin App. No. 00AP–501. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, March 28, 2001*

## MOTION DOCKET

00–2141. **Haynes v. Franklin.**
Warren App. No. CA2000–03–025. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Entry Granting In Part Motion to Certify Conflict filed November 13, 2000, at page 2:
"[W]hether an edge drop on the berm of a county or city road, in and of itself, constitutes a nuisance within the meaning of R.C. 2744.02(B)(3)."
*Sua sponte*, cause consolidated with 00–2004, *Haynes v. Franklin*, Warren App. No. CA2000–03–025.
The conflict case is *Thompson v. Muskingum Cty. Bd. of Commrs.* (Nov. 12, 1998), Muskingum App. No. CT98–0010, unreported, 1998 WL 817826.